| | |
|---|---|
| 1 | Law Offices of Todd M. Friedman, P.C. |
| 2 | Todd M. Friedman Esq.    Bar No. 216752 |
|   | Adrian R. Bacon             Bar No. 280332 |
| 3 | 21550 Oxnard St., #780 |
| 4 | Woodland Hills, CA  91367 |
| 5 | Telephone: (877) 206-4741 Facsimile:  (866) 633-0228 |
|   | tfriedman@toddflaw.com |
| 6 | abacon@toddflaw.com |
| 7 | |
|   | Attorneys for Plaintiff |
| 8 | |
| 9 | MOLINO & BERARDINO, A Professional Law Corporation |
|   | Anthony A. Molino, Esq. molino@molinolawfirm.com SBN 156661 |
| 10 | Steven R. Berardino, Esq. sberardino@molinolawfirm.com SBN 075820 |
| 11 | Michelle Cooper, Esq. mcooper@molinolawfirm.com SBN 093668 |
|    | 4751 Wilshire Boulevard, Suite 207 |
| 12 | Los Angeles, California 90010-3838 |
| 13 | Telephone (323) 692-4010 Facsimile (323) 692-4015 |
| 14 | |
|    | Attorneys for Defendant |
| 15 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH INIGUEZ, individually and on behalf of all others similarly situated, | ) ) ) | **Case No. 3:18-cv-02239** |
| | ) | CLASS ACTION |
| | ) | |
| Plaintiffs | ) | **STIPULATION OF THE PARTIES** |
| v. | ) | **TO REMAND THE ACTION TO** |
| | ) | **SAN MATEO COUNTY SUPERIOR** |
| WESTLAKE SERVICES, LLC., and DOES 1 through 10, inclusive and each of them | ) ) ) | **COURT and ORDER** |
| Defendant. | ) | |
| _____ | ) ) | |

---
1
STIPULATION and ORDER

Plaintiff ELIZABETH INIGUEZ ("Plaintiff"), and Defendant WESTLAKE SERVICES LLC, ("Defendant"), through their respective undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the above matter on April 13, 2018 against Defendant Westlake.

WHEREAS, Defendant Westlake has raised issues concerning subject matter jurisdiction in the U.S. District Court.

WHEREAS, Plaintiff is in agreement to remand the matter to the San Mateo County Superior Court.

IT IS THEREFORE HEREBY STIPULATED AND AGREED by the parties that this matter shall be remanded to the San Mateo County Superior Court.

IT IS SO STIPULATED.

Dated: May 31, 2018                LAW OFFICES OF TODD M.
                                   FRIEDMAN, P.C.


                                   By:   s/ Adrian R. Bacon
                                         ADRIAN R. BACON
                                         Attorneys for Plaintiffs ELIZABETH
                                         INIGUEZ, Individually and on Behalf of All
                                         Others Similarly Situated

Dated: May 31, 2018                MOLINO & BERARDINO, A Professional
                                   Law Corporation


                                   By:   s/ Steven R. Berardino
                                         STEVEN R. BERARDINO
                                         Attorneys for Defendant WESTLAKE
                                         SERVICES LLC

**ORDER**

The parties having agreed to remand the pending action to the San Mateo County Superior Court;

IT IS SO ORDERED.

Dated:  __June 11__, 2018                    _____
                                                                    Hon. Saundra Brown Armstrong